IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| VIR2US, INC., | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| SOPHOS INC.; SOPHOS LIMITED; SOPHOS GROUP PLC; and INVINCEA, INC., | |
| Defendants. | |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR BREACH OF CONTRACT**

Plaintiff Vir2us, Inc. ("Vir2us" or "Plaintiff"), by and through its undersigned counsel, files this Original Complaint against Defendants Sophos Inc., Sophos Ltd., Sophos Group PLC (collectively, "Sophos") and Invincea, Inc. ("Invincea") (collectively, "Defendants") as follows:

**NATURE OF THE ACTION**

1. This is a breach of contract action ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ that were the subject of a previous action in this District before the Honorable Henry Coke Morgan, Jr. (*Vir2us, Inc. v. Invincea, Inc. et al.*, No. 2:15-cv-162-HCM-LRL) ("The Patent Lawsuit"). ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Moreover, in the Order of Dismissal dismissing The Patent Lawsuit, Judge Morgan expressly retained jurisdiction to enforce the terms of the settlement. *See Vir2us, Inc. v. Invincea, Inc. et al.*, No. 2:15-cv-162-HCM-LRL, Dkt. 518 (E.D. Va. Jul. 22, 2016).

2. ▇▇▇▇▇▇▇▇▇

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11      3.      In February 2017, Sophos announced that it would acquire Invincea.  According to Sophos, Invincea's technology would be fully integrated into the Sophos endpoint protection portfolio.  Sophos completed its acquisition of Invincea in or around March 2017.

       4.      On information and belief, Sophos continued Invincea's business operations following the acquisition. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Sophos also retained Invincea's office in Fairfax, and hired Invincea CEO Anup Ghosh and COO Norm Laudermilch for key leadership positions within Sophos.

       5.      On information and belief, Sophos did, as announced, integrate technology from Invincea's products—▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮—into Sophos' flagship endpoint protection product (*e.g.*, Sophos' Intercept X).  Sophos continued to sell and support Invincea's computer security products until around April 2018.  At that time—▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮—Sophos announced the immediate end of sale for all Invincea-related products.

       6.      On information and belief, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 ▮
2 ▮
3 ▮
4 ▮
5 ▮
6 ▮

7. Vir2us has conferred with Sophos in an effort to resolve this contractual dispute short of litigation, ▮ ▮ Vir2us therefore files this Complaint, seeking *inter alia* specific performance and monetary damages.

**PARTIES**

8. Plaintiff Vir2us is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in Petaluma, California. Vir2us is the owner of numerous patents ▮
▮
▮
▮
▮

9. Defendant Sophos Inc. is a Massachusetts corporation with its principal place of business at 3 Van De Graaff Drive, 2nd Floor, Burlington, Massachusetts 01803. On information and belief, Sophos Inc. is a wholly-owned subsidiary of Sophos Ltd. and is responsible for Sophos' operations in the United States. Sophos Inc. may be served by process through its Massachusetts Registered Agent: CT Corporation System, 155 Federal Street, Suite 700, Boston, Massachusetts 02110.

10. On information and belief, Defendant Sophos Ltd. is an Oxford, UK company having its principal place of business at The Pentagon, Abingdon Science Park, Abingdon OX14 3YP. On information and belief Sophos Ltd. is a wholly-owned subsidiary of Sophos Group PLC. Pursuant to the Hague Service Convention, Sophos Ltd. may be served at The Pentagon,

1  Abingdon Science Park, Abingdon OX14 3YP through, among other means, international postal
2  channels.

3      11.    On information and belief, Defendant Sophos Group PLC is an Oxford, UK
4  company having its principal place of business at The Pentagon, Abingdon Science Park,
5  Abingdon, OX14 3YP.  On information and belief Sophos Group, PLC is the parent company of
6  Sophos Ltd., Sophos Inc. and Invincea.  Pursuant to the Hague Service Convention, Sophos PLC
7  may be served at The Pentagon, Abingdon Science Park, Abingdon OX14 3YP through, among
8  other means, international postal channels.

9      12.    Defendant Invincea, Inc. is a Delaware corporation with its principal place of
10 business at 3975 University Drive, Suite 330, Fairfax, Virginia 22030.  On information and belief,
11 Invincea is a wholly-owned subsidiary of Sophos Inc.  Invincea may be served by process through
12 its Virginia Registered Agent: Anup Ghosh, 3975 University Drive #460, Fairfax, Virginia 22030.

## JURISDICTION AND VENUE

14      13.    [REDACTED]
15  [REDACTED]
16  [REDACTED]
17  [REDACTED]
18  [REDACTED]

19      14.    [REDACTED]
20 Defendants are subject to personal jurisdiction in this District because, on information and belief,
21 Defendants maintain continuous and systematic contacts within this District.  For example, on
22 information and belief, Invincea has its principal place of business in this District and regularly
23 and systematically transacts business in the Commonwealth of Virginia, including selling and
24 offering computer and network security products and services in Virginia.  On information and
25 belief, Sophos Inc. holds 100% of the shares of Invincea, and Sophos likewise regularly and
26 systematically transacts business in the Commonwealth of Virginia, including by continuing the
27 business operations of Invincea and by selling and offering computer and network security
28 products and services in Virginia.  Defendants have purposefully availed themselves of the

privilege of conducting business activities within the Commonwealth of Virginia.

15. ███████████████████████████████████████████ this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332. On information belief, none of Defendants are citizens of California, the state in which Vir2us is incorporated and resides, and the amount in controversy exceeds $75,000.

16. ███████████████████████████████████████████ venue is proper in this District pursuant to 28 U.S.C. § 1391(b), (c), and 1400(b) because, on information and belief, Defendants have conducted business in this District, Invincea has its principal place of business in this District, █████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████ entitling Vir2us to relief.

## FACTUAL BACKGROUND

17. Vir2us design, markets, and sells computer security software and services. Vir2us' current computer security software portfolio includes the Vir2us VMunity Platform software that is designed to, for example, provide security to individual users of computing devices, often referred to as network endpoints. The Vir2us VMunity Platform and its predecessors have been available for sale since on or about February 2012.

18. Vir2us owns an intellectual property portfolio that covers various aspects and methods of providing security for and repair of information appliances and computer systems from malicious software and computer viruses. Vir2us' intellectual property portfolio contains numerous issued patents, with additional patent applications pending.

*The Patent Infringement Case* ███████████████████

19. On April 15, 2015, Vir2us filed a Complaint for Patent Infringement against Invincea, Inc. and Invincea Labs, LLC in this District. The Patent Lawsuit was assigned to the Honorable Henry Coke Morgan, Jr. in this District's Norfolk Division. Vir2us alleged that Invincea directly, indirectly, and willfully infringed certain claims of Vir2us' U.S. Patent Nos. 7,392,541 and 7,536,598 by making, using, selling and offering to sell certain Invincea products, including Invincea FreeSpace, which Invincea later sold as Invincea X Endpoint – Spearphish

1  Protection.

2  20. On July 15, 2016, Vir2us and Invincea, as part of the settlement of The Patent

3  Lawsuit, ███████████████████████████████████████████████

4  21. ███████████████████████████████████████████████

5  ███████████████████████████████████████████████

6  ███████████████████████████████████████████████

7  ███████████████████████████████████████████████

8  ███████████████████████████████████████████████

9  ███████████████████████████████████████████████

10  22. ███████████████████████████████████████████

11  ███████████████████████████████████████████████

12  ███████████████████████████████████████████████

13  ███████████████████████████████████████████████

14  ███████████████████████████████████████████████

15  ███████████████████████████████████████████████

16  ███████████████████████████████████████████████

17  ███████████████████████████████████████████████

18  ███████████████████████████████████████████████

19  ███████████████████████████████████████████████

20  ███████████████████████████████████████████████

21  ███████████████████████████████████████████████

22  ███████████████

23  23. ███████████████████████████████████████████

24  ███████████████████████████████████████████████

25  ███████████████████████████████████████████████

26  ███████████████████████████████████████████████

27  ███████████████████████████████████████████████

28  ███████████████████████████████████████████████

1 ■
2 ■
3 ■
4 ■
5   24.   ■
6 ■
7 ■
8 ■
9 ■
10 ■
11 ■

### *Sophos Acquires Invincea and Plans to Integrate Invincea Technology*

25. On or around February 8, 2017, Sophos announced via a Sophos Press Release (attached hereto as Exhibit B) that it had entered into an agreement to acquire Invincea from its current shareholders for a cash consideration of $100 million with a $20 million earn-out.

26. According to Sophos, "Invincea's flagship product X by Invincea uses deep learning neural networks and behavioral monitoring to detect previously unseen malware and stops attacks before damage occurs." Sophos also announced that "[t]he Invincea machine learning malware detection and prevention technology will be fully integrated into the Sophos endpoint protection portfolio, further strengthening Sophos' leadership in this fast-growing market." The Sophos Press Release also stated that "[t]he Invincea endpoint security portfolio including X by Invincea [would] continue to be supported and sold by Invincea and available via Invincea's network of registered partners." According to Sophos, it would retain Invincea's office in Fairfax with Invincea CEO Anup Ghosh and COO Norm Laudermilch joining Sophos in key leadership positions.

27. In another News Release (attached hereto as Exhibit C), Sophos characterized Invincea as "the superhero that takes our ensemble to the next level – the entity that adds neural network-based machine learning to the team." Sophos further explained that "Invincea's

technology will be integrated into an Endpoint Protection product and offered through Sophos Central . .  With Invincia's [sic] technology, when we identify an attack, our Security Heartbeat will transmit this information to several Sophos products such as our XG Firewall and SGN Encryption and they will take the appropriate action to further product [sic] our customers."

28.     On information and belief, Sophos completed its acquisition of Invincea on or around March 22, 2017, with Sophos Inc. acquiring and holding 100% of the shares of Invincea.

### *Sophos Integrates Technology from the Invincea Products* ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ *▉▉▉▉▉ and Announces End of Sale of All Invincea Products*

29.     In January 2018, Sophos announced the availability of its Intercept X with malware detection powered by advanced deep learning neural networks.  On information and belief Sophos integrated technology ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ into the Sophos Intercept X product, including technology ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

30.     Sophos has advertised and represented to the public that it has, in fact, integrated technology ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ into Sophos' Intercept X product.  For example, in a February 8, 2018 "Q3 FY18 Update" Sophos' CEO Kris Hagerman stated, " . . . In January we introduced a major new release of Intercept X, our leading next-generation endpoint product, . . . in our new release we have not only strengthened and expanded our lead in core anti-exploit and anti-ransomware capabilities, but we also have now fully integrated the advanced deep-learning neural network technology of our Invincea acquisition to combine the power of machine learning and AI to deliver unparalleled levels of detection and prevention and with extremely low false positive rates . . . ."

31.     On April 16, 2018—following the integration of the technology ▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉—Sophos announced "the immediate end of sale for all Invincea-related products and support."  The announcement (attached hereto as Exhibit D) also "strongly encourag[ed] customers to consider migrating from Invincea to Sophos Intercept X" and advertised "Intercept X [as] a comprehensive endpoint protection solution that features an

1 enhanced Invincea deep learning malware detection engine, Sophos anti-exploit technology, specific anti-ransomware functionality and more."

■■■

32. ■■■

33. Beginning in Q2 2017—following Sophos' acquisition of Invincea—■■■

34. Since then, ■■■

35. ■■■

///
///

Case 2:19-cv-00018-HCM-RJK   Document 1   Filed 01/09/19   Page 10 of 14 PageID# 10

**COUNT I**
**BREACH OF CONTRACT** ▮

36. Vir2us hereby incorporates the allegations in paragraphs 1 through 35 as if fully alleged herein.

37. ▮

38. ▮

39. ▮ Sophos is also the successor-in-interest to Invincea.

40. ▮

41. ▮

42. ▮

1     43. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8 ▮▮▮▮▮▮▮▮

## COUNT II
## BREACH OF CONTRACT ▮▮▮▮▮▮▮▮▮▮▮▮

11     44. Vir2us hereby incorporates the allegations in paragraphs 1 through 35 as if fully alleged herein.

13     45. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14 ▮▮▮▮

15     46. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18     47. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Sophos is also the successor-in-interest to Invincea.

22     48. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

26 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

27 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

28 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**PRAYER FOR RELIEF**

WHEREFORE, Vir2us respectfully requests that the Court enter final judgment granting the following relief jointly and severally against the Defendants:

A. For an award of actual damages from Defendants, including compensatory and consequential damages, in an amount according to proof, plus interest which continues to accrue thereon;

B. Prejudgment and post-judgment interest;

C. For an order and award of specific performance affirmatively requiring Defendants ██████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ and

D. For such other and further relief as the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38, plaintiff Vir2us demands a trial by jury in this action.

Dated: January 9, 2019

Respectfully Submitted,

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
Email: senoona@kaufcan.com

Brian A.E. Smith (*pro hac vice* forthcoming)
Alden K. Lee (*pro hac vice* forthcoming)
Jeffrey D. Chen (*pro hac vice* forthcoming)
Joseph J. Fraresso (*pro hac vice* forthcoming)
**BARTKO, ZANKEL, BUNZEL & MILLER APC**
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
Email:  bsmith@bzbm.com
Email:  alee@bzbm.com
Email:  jchen@bzbm.com
Email:  jfraresso@bzbm.com

*Counsel for Plaintiff Vir2us, Inc.*