# EXHIBIT B

12/6/2018 Sophos Adds Advanced Machine Learning to Its Next-Generation Endpoint Protection Portfolio with Acquisition of Invincea

Case 2:19-cv-00018-JCM-BJK Document 1-2 Filed 01/09/19 Page 2 of 4 PageID# 17

# Sophos Adds Advanced Machine Learning to Its Next-Generation Endpoint Protection Portfolio with Acquisition of Invincea

SOPHOS PRESS RELEASE

OXFORD, UK. – February 8, 2017– Sophos (LSE:SOPH), a global leader in network and endpoint security, today announced it has entered into an agreement to acquire Invincea, a visionary provider of next-generation malware protection. Invincea's endpoint security portfolio is designed to detect and prevent unknown malware and sophisticated attacks via its patented deep learning neural-network algorithms. It has been consistently ranked as among the best performing machine learning, signature-less next-generation endpoint technologies in third-party testing and rated highly both for high detection and low false-positive rates.

Headquartered in Fairfax, Va., Invincea was founded by chief executive officer Anup Ghosh to address the rapidly growing zero-day security threat from nation states, cyber criminals and rogue actors. Invincea's flagship product X by Invincea uses deep learning neural networks and behavioral monitoring to detect previously unseen malware and stops attacks before damage occurs. With a focus on the U.S. government, healthcare and financial services sectors, Invincea has been deployed in some of the most targeted networks in the world.

"By adding Invincea to our portfolio, Sophos is executing on its vision to assemble the most powerful technologies to provide the very best, cutting-edge defenses for our customers," commented Kris Hagerman, chief executive officer at Sophos. "Invincea is leading the market in

## About Sophos

More than 100 million users in 150 countries rely on Sophos' complete security solutions as the best protection against complex threats and data loss. Simple to deploy, manage, and use, Sophos' award-winning encryption, endpoint security, web, email, mobile and network security solutions are backed by SophosLabs - a global network of threat intelligence centers. Sophos is headquartered in Oxford, U.K., and is publicly traded on the London Stock Exchange under the symbol "SOPH." More information is available at www.sophos.com/company.

strengthen Sophos' leading next-gen endpoint protection with complementary predictive defenses that we believe will become increasingly important to the future of endpoint protection and allow us to take full advantage of this significant new growth opportunity. We are proud to welcome the Invincea team to Sophos and look forward to introducing the benefits of this advanced technology to our customers and partners worldwide."

Sophos is recognized as a leader in endpoint protection today with an expanding set of next-generation technologies such as the signature-less anti-malware, anti-exploit and anti-ransomware technology in Intercept X and the behavior-based analytics, Malicious Traffic Detection and Application Reputation in Sophos Endpoint Protection. The Invincea machine learning malware detection and prevention technology will be fully integrated into the Sophos endpoint protection portfolio, further strengthening Sophos' leadership in this fast-growing market. The availability of Invincea technology through the Sophos Central security management platform will further enhance the Sophos synchronized security portfolio and real-time intelligence sharing.

"We started Invincea with the vision of using non-signature based technologies, including machine learning, in innovative ways to protect organizations against the most advanced forms of cyber-attack," commented Anup Ghosh, founder and chief executive officer at Invincea. "X by Invincea represents a new generation in antivirus technology based on deep learning and behavioral monitoring. Joining forces with Sophos presents the perfect opportunity to take our proven, advanced technology to a global audience and make it part of a comprehensive synchronized security system. Sophos is leading the industry in adopting and bringing to market this disruptive new vision for complete, advanced, and integrated security, and we are delighted to join the team and help make it happen."

Norm Laudermilch, chief operating officer and head of product development at Invincea added, "Invincea set out to disrupt the traditional approach to antivirus, and even now no single technology is enough to fully protect customers. I share the Sophos vision for bringing together a powerful ensemble of next-gen technologies to dramatically improve the overall effectiveness of endpoint protection. Along with our world-class technical team at Invincea, I'm looking forward to joining Sophos and helping deliver on this ambitious and exciting vision."

12/6/2018 Sophos Adds Advanced Machine Learning to its Next-Generation Endpoint Protection Portfolio with Acquisition of Invincea

Case 2:19-cv-00018-HCM-RJK Document 1-2 Filed 01/09/19 Page 4 of 4 PageID# 19

Invincea's network of registered partners.

Sophos has agreed to acquire Invincea from its current shareholders for a cash consideration of $100 million with a $20 million earn-out. Sophos will retain the company's office in Fairfax. Invincea CEO Anup Ghosh and COO Norm Laudermilch will join Sophos in key leadership positions. Consummation of the transaction is subject to the satisfaction of various closing conditions. Invincea Labs, a division of Invincea that has been separately managed and operated since 2012, has been separated prior to the acquisition and is not part of this transaction.

### POPULAR
Free Trials
Free Tools
Free Demos
Whitepapers
Technical Papers
Buy Online
Sophos HOME

### COMMUNITY
Sophos News
Social Media
Naked Security News
Podcasts
RSS
Sophos Brand Store

### WORK WITH US
Become a Partner
Partner Portal (login)
Resellers
OEM

### ABOUT SOPHOS
Jobs/Careers
Endpoints
Feedback
Contact Us
Press
Modern Slavery Statement

### SUPPORT
Extended Warranties
Knowledgebase
Downloads & Updates
Documentation
Professional Services
Training

© 1997 - 2018 Sophos Ltd. All rights reserved.

English    Legal    Privacy    Cookie Information