# EXHIBIT D

# Invincea End of Sale Customer Communication

**131956**  **22 Nov 2018**  **0 people found this helpful**  <u>English</u> | Español | Italiano | <u>日本語</u> | Français | Deutsch

<u>Invincea End of Sale Customer Communication</u>

**Subject: Invincea End of Sale Announcement**

Today, April 16th 2018, Sophos is announcing the immediate end of sale for all Invincea-related products and support. Support and maintenance will continue to be available under existing contracts through December 31, 2019 at which point support and maintenance for Invincea products will cease.

Sophos is committed to providing a high level of customer care while you weigh your options during this transitional phase. We want to ensure you have all the information you need make the best decision for your organization, including what to consider if you continue to use Invincea products, and the potential to transition to a Sophos offering.

We want to thank you for being loyal Invincea customers, and hope you will continue with us now that we are part of the Sophos family. Below you can find additional information about the announcement and your transition options.  We are strongly encouraging customers to consider migrating from Invincea to Sophos Intercept X.  Intercept X is a comprehensive endpoint protection solution that features an enhanced Invincea deep learning malware detection engine, Sophos anti-exploit technology, specific anti-ransomware functionality, and more.

**Frequently Asked Questions**

**When is the Invincea End of Sale date?**
April 16th, 2018.

**When is the Invincea End of Support date?**
Support and maintenance for all Invincea products will cease December 31 2019.

**Will my Invincea product still work after April 16th?**
Yes, your Invincea product license will continue in effect until the end of the license term and support and maintenance will continue to be available until the end of your support and maintenance term or

December 31 2019, whichever is earlier. However, there is no commitment to release new functionality for Invincea products going forward.

### What do I need to do if I want to continue using my Invincea product?
Nothing. You can continue to use your licensed Invincea products until the end of the license term.

### What transition options are available?
We strongly encourage customers to consider migrating from Invincea to Sophos Intercept X. Intercept X is a comprehensive endpoint protection solution that features an enhanced Invincea deep learning malware detection engine, Sophos anti-exploit technology, specific anti-ransomware functionality, and more.

### What are the advantages of migrating to Sophos Intercept X?
By migrating to Sophos Intercept X you will have industry leading endpoint protection that includes Invincea deep learning (machine learning) technology. The deep learning engine in Intercept X also includes new potentially unwanted application (PUA) detections in addition to malware detection. This is particularly important with the rise of CryptoMiners. The Invincea data science team has grown considerably and is now a part of SophosLabs. This gives them access to hundreds of millions of training samples, which allows for continual improvement of the model.

Intercept X includes anti-exploit technology. Sophos exploit prevention stops the techniques attackers use to distribute malware, steal credentials, and escape detection. Additionally, Intercept X includes specific anti-ransomware technology specifically designed to not only stop malicious file-based encryption, but disk and boot record protection as well.

To learn more about Sophos Intercept X please visit the Sophos website or reach out to a Sophos representative (info@invincea.com)

### What is the cost to migrate to Sophos Intercept X?
There is no cost to migrate to Sophos Intercept X for the existing length of your Invincea contract. Please reach out to a Sophos representative to understand your options for transferring and potentially extending your license.

### What Invincea features are not included in Sophos Intercept X?
While Sophos Intercept X contains deep learning and many advanced features not included in Invincea products, some Invincea features are not included in Sophos Intercept X. Invincea browser isolation (container) is not available in Intercept X. There are currently no plans to support browser isolation (container) in the Intercept X roadmap.

The Invincea behavioral monitoring functionality is also not included in Sophos Intercept X today. However, Intercept X does include industry leading anti-exploit technology which does address many of the same use cases. Reach out to your Sophos representative for a more detailed feature comparison.

### Is Sophos Intercept X available on-premise?

Intercept X is a cloud based offering only.

### What if I do not want to continue with Invincea and do not want to migrate to Intercept X?

Please reach out to your Sophos representative to discuss the path forward for your organization.

---

Article appears in the following topics
  General

Did this article provide the information you were looking for?

Every comment submitted here is read (by a human) but we do not reply to specific technical questions. For technical support post a question to the community. Or click here for new feature/product improvements. Alternatively for **paid/licensed** products open a support ticket.