**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| VIR2US, INC., | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| SOPHOS INC.; SOPHOS LIMITED; SOPHOS GROUP PLC; and INVINCEA, INC., | |
| Defendants. | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiff, **VIR2US, INC.** in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated:  January 9, 2019                    Respectfully Submitted,

 */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
Email: senoona@kaufcan.com

Brian A.E. Smith (*pro hac vice* forthcoming)
Alden K. Lee (*pro hac vice* forthcoming)
Jeffrey D. Chen (*pro hac vice* forthcoming)
Joseph J. Fraresso (*pro hac vice* forthcoming)
**BARTKO, ZANKEL, BUNZEL & MILLER APC**

One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
Email:  bsmith@bzbm.com
Email:  alee@bzbm.com
Email:  jchen@bzbm.com
Email:  jfraresso@bzbm.com

*Counsel for Plaintiff Vir2us, Inc.*

2