UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| VIR2US, INC.,<br><br>      *Plaintiff*,<br><br>v.<br><br>SOPHOS INC.; SOPHOS LIMITED; SOPHOS GROUP PLC; and INVINCEA, INC.,<br><br>      *Defendants*. | No. 2:19-cv-00018-HCM-DEM |

**NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3(a) and 28 U.S.C. § 1291, notice is hereby given that Defendants Sophos Inc. and Invincea, Inc. ("Defendants") appeal to the United States Court of Appeals for the Fourth Circuit from the Final Judgment entered in the above-captioned case on March 31, 2021 (Docket Entry No. 449) and all interlocutory decisions and orders subsidiary thereto and subsumed therein, including, but not limited to, the district court's memorandum opinion and order issued on March 31, 2021 (Docket Entry No. 448) granting Plaintiff Vir2us Inc.'s motion to enforce, the district court's memorandum opinion and order issued on April 2, 2020 (Docket Entry No. 335) granting Plaintiff's motion for summary judgment and denying Defendants' motion for summary judgment, the district court's order issued on December 16, 2019 denying Defendants' motion for leave to file supplemental briefing (Docket Entry No. 332), and the district court's order issued on August 14, 2019 (Docket Entry No. 84) granting in-part and denying in-part Defendants' motion to dismiss, and all other adverse orders, decisions, and opinions of the district court in this case.

Dated:  April 5, 2021

Douglas J. Kline (*pro hac vice*)
Lana S. Shiferman (*pro hac vice*)
Robert Frederickson, III (*pro hac vice*)
Sarah J. Fischer (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Phone: (617) 570-1209
Facsimile: (617) 649-1466
*dkline@goodwinlaw.com*
*lshiferman@goodwinlaw.com*
*rfrederickson@goodwinlaw.com*
*knaik@goodwinlaw.com*
*sfischer@goodwinlaw.com*

Cindy Chang *(pro hac vice)*
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Phone: (212) 459-7144
Facsimile: (646) 558-4255
*cindychang@goodwinlaw.com*

Respectfully submitted,

By: */s/ Robert M. Tata*
Robert M. Tata (VSB No. 30101)
HUNTON ANDREWS KURTH LLP
500 E. Main Street, Suite 1301
Norfolk, VA 23510
Phone: (757) 640-5328
Facsimile: (757) 625-7720
*btata@huntonAK.com*

*Counsel for Defendants Sophos Inc. and Invincea, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021, I will filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 W Main St, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
*senoona@kaufcan.com*

Brian A.E. Smith (admitted *pro hac vice*)
Alden K. Lee (admitted *pro hac vice)*
Joseph J. Fraresso (admitted *pro hac vice*)
Jayne Laiprasert (admitted *pro hac vice*)
William P. Schuck (admitted *pro hac vice*)
BARTKO, ZANKEL, BUNZEL & MILLER APC
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
*bsmith@bzbm.com*
*alee@bzbm.com*
*jchen@bzbm.com*
*jfraresso@bzbm.com*
*jlaiprasert@bzbm.com*
*pschuck@bzbm.com*

*Counsel for Plaintiff Vir2us, Inc.*

                                               */s/ Robert M. Tata*
                                               Robert M. Tata (VSB No. 30101)
                                               HUNTON ANDREWS KURTH LLP
                                               500 E. Main Street, Suite 1301
                                               Norfolk, VA 23510
                                               Phone: (757) 640-5328
                                               Facsimile: (757) 625-7720
                                               *btata@huntonAK.com*

                                               *Counsel for Defendants Sophos Inc. and Invincea, Inc.*