

**RIDER AMENDING BOND**

This Rider shall be attached to and form a part of **Supersedeas Bond 015210020,** executed by **Liberty Mutual Insurance Company** (the "Surety") on behalf of **Sophos Inc. et.al.** (the "Defendants") (hereinafter the "Bond").

WHEREAS, summary judgment was entered against Defendants on March 31, 2020 and Defendants posted an interim Bond in the penal sum of $6,558,334 (Six Million Five Hundred Fifty Eight Thousand Three Hundred Thirty Four Dollars 00/100);

WHEREAS, subsequent to posting the interim Bond, the penal sum was modified via rider to $8,000,000 (Eight Million Dollars 00/100) on July 8, 2020;

WHEREAS, a Judgment was entered on March 31, 2021 in the USDC, Eastern District of Virginia, Newport News Division, bearing Case No. 2:19cv18, wherein the Defendants were ordered to deliver to plaintiffs quarterly reports along with a declaration listing all sales that are complete and accurate (the "Order");

WHEREAS, pursuant to that Order, Defendants are to post a bond in the amount of $25,000,000 and are to increase the bond by the amount of royalties due per each quarterly report within thirty (30) days after the report is provided;

WHEREAS, the Bond is to be increased herein to reflect the respective quarterly modifications based upon the report.

NOW, THEREFORE, the undersigned hereby agree as follows:

1. The Bond is hereby amended to increase the penal sum of the Bond to  $54,404,078.00  (Fifty Four Million Four Hundred Four Thousand Seventy Eight  and 00/100.

2. All capitalized terms not defined herein shall have the meaning given them in the Bond.

3. The Bond shall be subject to all of its terms, conditions and limitations, except as herein modified.

DATED as of this 16th  day of December , 20 22 .


SOPHOS INC. AND INVINCEA, INC. ET. AL
Principal

By: _____

LIBERTY MUTUAL INSURANCE COMPANY
Surety

By: _____
Sandra Diaz, Attorney-in-Fact

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.



Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: **8205735-015009**

# POWER OF ATTORNEY

**KNOWN ALL PERSONS BY THESE PRESENTS:** That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Aklima Noorhassan; Anne Potter; Cynthia Farrell; Debra A. Deming; Frances Rodriguez; Francesca Kazmierczak; Jennifer L. Jakaitis; Kemal Brkanovic; Nancy Schnee; Pablo Garcia Horcajo; Peter Healy; Sandra Diaz; Susan A. Welsh; Valorie Spates

all of the city of New York state of NY each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

**IN WITNESS WHEREOF,** this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this 11th day of June, 2021.

  

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

State of PENNSYLVANIA
County of MONTGOMERY ss

On this 11th day of June, 2021 before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



Commonwealth of Pennsylvania - Notary Seal
Teresa Pastella, Notary Public
Montgomery County
My commission expires March 28, 2025
Commission number 1126044
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts:** Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seals of said Companies this 16th day of December, 2022.

  

By: _Renee Llewellyn_
Renee C. Llewellyn, Assistant Secretary

LMS-12873 LMIC OCIC WAIC Multi Co 02/21



# LIBERTY MUTUAL INSURANCE COMPANY
## FINANCIAL STATEMENT — DECEMBER 31, 2021

| Assets | | Liabilities | |
|---|---:|---|---:|
| Cash and Bank Deposits | $2,234,770,744 | Unearned Premiums | $9,106,965,847 |
| *Bonds — U.S Government | 4,250,615,811 | Reserve for Claims and Claims Expense | 25,279,158,493 |
| *Other Bonds | 16,983,165,862 | Funds Held Under Reinsurance Treaties | 315,537,902 |
| *Stocks | 20,075,458,019 | Reserve for Dividends to Policyholders | 1,726,291 |
| Real Estate | 182,250,567 | Additional Statutory Reserve | 139,634,000 |
| Agents' Balances or Uncollected Premiums | 7,607,687,836 | Reserve for Commissions, Taxes and Other Liabilities | 8,638,106,801 |
| Accrued Interest and Rents | 120,173,987 | **Total** | **$43,481,129,334** |
| Other Admitted Assets | 14,076,622,575 | Special Surplus Funds................ $178,192,363 | |
| | | Capital Stock.............................. 10,000,075 | |
| | | Paid in Surplus........................... 11,804,736,755 | |
| | | Unassigned Surplus ................... 10,056,686,874 | |
| **Total Admitted Assets** | **$65,530,745,401** | Surplus to Policyholders | 22,049,616,067 |
| | | **Total Liabilities and Surplus** | **$65,530,745,401** |



\* Bonds are stated at amortized or investment value; Stocks at Association Market Values. The foregoing financial information is taken from Liberty Mutual Insurance Company's financial statement filed with the state of Massachusetts Department of Insurance.

I, TIM MIKOLAJEWSKI, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the foregoing is a true, and correct statement of the Assets and Liabilities of said Corporation, as of December 31, 2021, to the best of my knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation at Seattle, Washington, this 8th day of March, 2022.

_____
Assistant Secretary



S-1262LMIC/a 3/22